ACCEPTED
08-17-00193-cr
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
5/21/2018 8:58 AM
DENISE PACHECO
CLERK

08-17-00193-CR

# IN THE EIGHT COURT OF APPEALS
## EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| **JOSE VALDEZ- MARTINEZ**<br>**APPELLANT** | §<br>§ | FILED IN<br>8th COURT OF APPEALS<br>EL PASO, TEXAS |
| **vs.** | § | **NO. 08-17-00193-CR** 5/21/2018 8:58:53 AM |
| | § | DENISE PACHECO |
| **STATE OF TEXAS** | § | Clerk |
| **APPELLEE** | | |

## APPELLANT'S SECOND MOTION TO EXTEND TIME TO FILE BRIEF

To The Honorable Justices of Said Court**:**

Appellant, JOSE VALDEZ-MARTINEZ, in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 171ST Judicial District Court of El Paso County, Texas.

2. The case below was styled the *State of Texas vs. JOSE VALDEZ-MARTINEZ,* and numbered 20160D03097.

3. Appellant plea and was sentenced of May 31, 2017.

4. Appellant was assessed a sentence of three years TDCJ on May 31, 2017.

5. Notice of appeal was filed on August 30, 2017

6. The clerk's record was filed on October 20, 2017.

7. The reporter's record was filed on March 20, 2018.

8. The Appellate brief is presently due on May 19, 2018.

9. Appellant requests an extension of time of 40 days from the present date, to now be due **June 29, 2018**.

10. One prior extensions to file the brief have been received in this cause.

11. Defendant is incarcerated at Fort Stockton, Texas.

12. Appellant relies on the following facts as good cause for the requested extension:

12.1 Counsel, as a sole practitioner, has had an extraordinary heavy jury trial and appellate briefing schedule, jury trial scheduled during this briefing timeline, all requiring extensive research and preparation time.

12.2 Attorney for appellant is currently involved in several complex criminal matters

that require extensive research, preparation of witnesses, and evidence for deposition and trial, set before the district courts of Texas, along with counsel's responsibilities on other urgent client matters.

13.     Appellant's counsel conferred with opposing counsel; opposing counsel does not oppose this extension.

**Wherefore, Premises Considered**, Appellant prays that this Court grant this Appellant's Second Motion to Extend Time to File Brief to now be due **June 29, 2018**, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Veronica Teresa Lerma
LERMA LAW
1417 Montana Avenue
El Paso, Texas 79902-5617
(915) 533-4779
(915) 533-7236 /F

*/s/ Veronica Teresa Lerma*
Veronica Teresa Lerma
Texas Bar No.24062846
vtlermalaw@gmail.com
*Attorney for Appellant Jose Valdez-Martinez*

## CERTIFICATE OF SERVICE

This is to certify that on May 17, 2018, a true and correct copy of Appellant's Second Motion to Extend Time to File Brief was served on the District Attorney's Office, El Paso County, 500 East San Antonio Street, Second Floor, El Paso, Texas 79901, by electronic submission via e-filing.

*/s/ Veronica Teresa Lerma*
Veronica Teresa Lerma
Texas Bar No.24062846
*Attorney for Appellant Jose Valdez-Martinez*

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | §      **ATTORNEY AFFIDAVIT** |
| **COUNTY OF EL PASO** | § |

**BEFORE ME**, the undersigned authority, on this day personally appeared Veronica Teresa Lerma, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read Appellant's Second Motion to Extend Time to File Brief and swear that all of the allegations of fact contained therein are true and correct.

_____

Affiant: Veronica Teresa Lerma.

**SUBSCRIBED AND SWORN TO BEFORE ME** on May 17, 2018 to certify which witness my hand and seal of office.

_____

Notary Public, State of Texas
My Commission expires October 19, 2020